# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2871

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Kimberly Williams, | * | |
| | * | [PUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 13, 2007
Filed: April 26, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kimberly Williams appeals the denial of her motion requesting that the district court[1] recommend to the Bureau of Prisons that she be allowed to serve the last 6 months of her 18-month prison sentence at a community correction center. We dismiss the appeal as moot, because Williams was released from custody on March 2, 2007. See Mills v. Green, 159 U.S. 651, 653 (1985) (when event occurs during pendency of appeal that renders it impossible for court, if it should decide case in favor of plaintiff, to grant effective relief, court will dismiss appeal as moot).

_____

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.